# EXHIBIT B



### Data Collections

Monthly Bulletins

Rules and Regulations (2016)

### Georgia Secretary of State - Rules & Regs Administrative Procedure Division

**Current through Rules filed through January 14, 2016**

The Rules and Regulations of the State of Georgia is a compilation of the rules and regulations of state agencies that have been filed with the Office of the Secretary of State pursuant to the Georgia Administrative Procedures Act, O.C.G.A.§ 50-13-1 et seq. This site is updated continuously as new and amended rules are filed with the Office of the Secretary of State of Georgia. Casemaker Libra offers a yearly lease to both the continuously updated Rules & Regulations and Monthly Bulletins (compilation of rules filed and effective each month) to non-resellers for viewing on this site and for PDF download and printing. The entire set of rules can be leased as a whole or selectively by department. Similarly, access to any or all monthly bulletins can be leased. As an added benefit, all citations to Georgia Rules are hyperlinked to the public Rules & Regs site (http://rules.sos.ga.gov/), and all other citations are hyperlinked to Casemaker offering free access to each respect link.

Lawriter (makers of Casemaker Libra) is the designated publisher of the Georgia Rules and Regulations and Monthly Bulletins and granted sole rights to the distribution of this data. Resellers can contact customer support for details on subscribing to XML data and update feeds at:

Lawriter, LLC.
1467 Greenbrier Place 6
Charlottesville, VA 22901
Phone: 844-838-0769

Please contact the State of Georgia's Administrative Procedures Division at 678-364-3785 if you have questions regarding the non-technical content of this site. Specific questions regarding the content of a particular rule or regulation should be directed to the appropriate state agency that adopted and filed the respective rule.

Certified copies of rules and research assistance on the history of rules is available based on the fees outlined below (contact the Administrative Procedures Division at 678-364-3785).



FOR PUBLIC

| | | |
|---|---|---|
| Flat research Fee | $15.00 | Payable in advance for up to one hour of research time |
| Scanning/copying (per page) | $0.50 | |
| Research fee after first hour (per hour) | $15.00 | |
| Certification (per document, | $15.00 | |

| Postage/Handling/Shipping | In-State | Out of State |
|---|---|---|
| Up to 50 pgs | $3.00 | $5.00 |
| 51 - 100 pgs | $5.00 | $7.00 |
| 101 - 200 pgs | $7.00 | $9.00 |
| 151 - 200 pgs. | $9.00 | $11.00 |
| Over 200 pgs. | Varies | |

Rules Waiver Register (public access)

Update Rules Waiver Register (restricted access)

GASOS

Please be advised that we do not render legal advice or interpretation of statutory or administrative materials. Support for this site is limited to issues concerning the functionality of the site.