# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:16-CV-0327

Plaintiff:
**Fastcare, Inc.**
vs.
Defendant:
**Lawriter, LLC**

For: Robert Brazier
     Baker Donelson

Received by Ancillary Legal Corporation on the 4th day of February, 2016 at 2:53 pm to be served on **Lawriter, LLC dba Casemaker, 1467 Greenbrier Place 6, Charlottesville, VA 22901**. I, R. Wayne Tonker, being duly sworn, depose and say that on the 8th day of February 2016 at 12:26 p.m., executed service by delivering a true copy of the **Summons and Complaint with attached Exhibits and Cover Sheet** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Dave Harriman as CEO.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

## AFFIDAVIT OF SERVICE For 1:16-CV-0327

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 8th day of February, 16 by the affiant who is personally known to me.

_Tamara Doublestein_
NOTARY PUBLIC

Tamara J. Doublestein
Commonwealth of Virginia
Notary Public
Commission No. 316051
My Commission Expires 8/31/2017

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Ancillary Legal Corporation
74 Goldrush Circle Ne
Atlanta, GA 30328
(404) 459-8006

Our Job Serial Number: 2016000573

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1b