# EXHIBIT A



# Rules and Regulations of the State of Georgia

Home |  Help  |  Go to Georgia SOS

Search tips

Browse Rules and Regulations of the State of Georgia

All regulations passed and filed through January 14, 2016

The Office of the Secretary of State provides this electronic version of the Rules and Regulations of the State of Georgia. NOTE: The Rules and Regulations of the State of Georgia is a compilation of the rules and regulations of state agencies that have been filed with the Office of Secretary of State pursuant the Georgia Administrative Procedures Act, O.C.G.A.§ 50-13-1 et seq. This site is updated continously as new and amended rules are filed with the Office of the Secretary of State of Georgia.

Lawriter (makers of Casemaker Libra) is the designated publisher of the Georgia Rules and Regulations and Monthly Bulletins and granted sole rights to the distribution of this data. A digital version of the Rules and Regulations on this website can be purchased for download in PDF format from the ULR listed below. Resellers can contact customer support for details on subscribing to XML source and update feeds at:

**Lawriter LLC**
1467 Greenbrier Place 6
Charlottesville, VA 22901
Phone: 844-838-0769
Purchase a PDF version of the Rules & Regs online at www.casemakerlibra.com.

Please contact the State of Georgia's Administrative Procedures Division at 678-364-3785 if you have questions regarding the content of this site. However, specific questions regarding the content of a particular rule or regulation should be directed to the appropriate state agency that adopted and filed the respective rule.

Certified copies of rules and research assistance on the history of rules is available based on the fees outlined below (contact the Administrative Procedures Division at 678-364-3785).

**FOR PUBLIC**

| | | | |
|---|---|---|---|
| Flat research Fee | $15.00 | | Payable in advance for up to one hour of research time |
| Scanning/copying (per page) | $0.50 | | |
| Research fee after first hour (per hour) | $15.00 | | |
| Certification (per document, plus per page fee) | $15.00 | | |
| Postage/Handling/Shipping | **In-State** | **Out of State** | |
| Up to 50 pgs | $3.00 | $5.00 | |
| 51 - 100 pgs | $5.00 | $7.00 | |
| 101 - 200 pgs | $7.00 | $9.00 | |
| 151 - 200 pgs. | $9.00 | $11.00 | |
| Over 200 pgs. | Varies | | |

# Subscribe to the Rules and Regulations of the State of Georgia

# Subscribe to the Rules and Regulations Monthly Bulletins

Copyright © 2016 Lawriter LLC - All rights reserved. | Email Us | 844-838-0769 | Live Chat

# Rules Waiver Register (public access)

# Update Rules Waiver Register (restricted access)

**Please be advised that we do not render legal advice or interpretation of statutory or administrative materials. Support for this site is limited to issues concerning the functionality of the site.**