# EXHIBIT C



Suite 1100
2 West Washington Street
Greenville, SC 29601

December 21, 2015

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7015 0640 0003 3357 2093**

Mr. Ed Walters, President
Fastcase, Inc.
711 D St NW, Suite 200
Washington, DC 20004

    Re:    Georgia Administrative Rules and Regulation Electronic Files

Dear Mr. Walters:

    We represent Lawriter, LLC ("Lawriter") in various legal matters. Lawriter is the only party authorized to license and/or offer subscriptions to use electronic files ("Electronic Files") incorporating the Georgia Administrative Rules and Regulation. Lawriter offers subscriptions to the Electronic Files to third parties for subscription fees, and such fees are an important revenue source for Lawriter.

    It has been brought to our attention that Fastcase, Inc. ("Fastcase") has been offering fee-based services which include providing users with access to the Electronic Files. According to Lawriter's records, however, Fastcase has not entered into a subscription with Lawriter for the Electronic Files and therefore appears to be offering the Electronic Files without Lawriter's consent or authorization, and in violation of Lawriter's legal rights. We trust this is simply an oversight on the part of Fastcase, and if so, Lawriter stands ready to enter into a subscription agreement with Fastcase for the Electronic Files.

    Accordingly, in order to protect Lawriter's rights, and to limit its injury, we request that Fastcase immediately provide a written response substantiating its rights to its use of the Electronic Files. If no such rights exist, then we demand that Fastcase immediately either: (a) purchase from Lawriter a subscription to the Electronic Files; or (b) cease all use of the Electronic Files, including the offering of the Electronic Files to others.

    Lawriter prefers to resolve this matter amicably, and we trust that Fastcase would also prefer to do so. However, if we do not receive Fastcase's cooperation as noted above, we will take those steps Lawriter deems necessary to protect its rights, which may include litigation.

Direct: 864.751.7653 | Fax: 864.751.7800 | tom.epting@smithmoorelaw.com | www.smithmoorelaw.com

ATLANTA | CHARLESTON | CHARLOTTE | GREENSBORO | GREENVILLE | RALEIGH | WILMINGTON

Fastcase, Inc.
December 21, 2015
Page 2

    This letter is written without prejudice to any of Lawriter's rights or remedies, including a disgorgement of all profits realized by Fastcase arising from Fastcase's unauthorized use of the Electronic Files, all of which are hereby expressly reserved, and nothing herein shall be deemed to be waiver of any of Lawriter's rights or remedies at law or equity.

    We look forward to receiving your timely response.

                                             Sincerely,

                                             Thomas W. Epting
                                             Smith Moore Leatherwood LLP

TWE/bhb  #1436119