**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| FASTCASE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | No 1:16-cv-0327 |
| | ) | |
| LAWRITER LLC, | ) | |
| dba CASEMAKER | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## PLAINTIFF FASTCASE, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, Plaintiff Fastcase, Inc. ("Plaintiff") hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Fastcase, Inc.; and

- Defendant Lawriter LLC d/b/a Casemaker;

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

The Office of the Secretary of State of the State of Georgia.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Counsel for Plaintiff: Robert G. Brazier, Steven G. Hall, and Joshua Tropper of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC.

- Counsel for Defendant Lawriter LLC: Unknown at this time.

Respectfully submitted, this 19th day of February, 2015.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Robert G. Brazier*
Robert G. Brazier (Georgia Bar No. 078918)
rbrazier@bakerdonelson.com
Steven G. Hall (Georgia Bar No. 319308)
shall@bakerdonelson.com
Joshua Tropper (Georgia Bar No. 716790)
jtropper@bakerdonelson.com

*Attorneys for Plaintiff Fastcase, Inc.*

Monarch Plaza, Suite 1600
3414 Peachtree Road N.E.
Atlanta, GA 30326
Telephone    (404) 577-6000
Facsimile    (404) 221-6501

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C) and 7.1 (D).

*/s/ Robert G. Brazier*
GA Bar No. 319308
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
P: (404) 577-6000 / F: (404) 221-6501
Email: rbrazier@bakerdonelson.com
*Attorney for Plaintiff Fastcase, Inc.*

**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FASTCASE, INC., )
)
    Plaintiff, )
)    CIV. ACTION NO. No 1:16-cv-0327
    v. )
)
LAWRITER LLC, )
dba CASEMAKER )
)
    Defendant. )
_____ )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system and served a copy of the same upon the registered

agent for Defendant Lawriter LLC at the following address:

Lawriter, LLC d/b/a Casemaker
1467 Greenbrier Place 6
Charlottesville, VA 22901

This 19th day of February, 2016.

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

*/s/Robert G. Brazier*
Robert G. Brazier
(Georgia Bar #078938)
*Attorney for Plaintiff Fastcase, Inc.*