# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### C.A. NO. 1:16-CV-00327-TCB

| | |
|---|---|
| FASTCASE, INC., | |
|     PLAINTIFF, | |
| vs. | **NOTICE OF APPEARANCE** |
| LAWRITER, LLC d/b/a Casemaker, | |
|     DEFENDANT. | |

Please take notice that the undersigned, Kurt M. Rozelsky and Joseph W. Rohe, attorneys in the law firm of Smith Moore Leatherwood LLP, do hereby give notice of their appearance on behalf of the Defendant in the above-referenced matter. The undersigned attorneys request that the Court note their appearance, and that all parties of record be required to notify and serve the undersigned counsel with all pleadings, discovery, and trial information.

Respectfully submitted this the 9th day of March, 2016.

[signature block on following page]

SMITH MOORE LEATHERWOOD, LLP

By: _s/ Kurt M. Rozelsky_
Kurt M. Rozelsky (Bar No. 617932)
Joseph W. Rohe (Bar No. 727154)
2 West Washington Street, Suite 1100
P.O. Box 87, Greenville, SC 29602
Telephone: (864) 751-7600
Facsimile: (864) 751-7800
kurt.rozelsky@smithmoorelaw.com
joseph.rohe@smithmoorelaw.com
*Attorneys for Defendant*