# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## C.A. NO. 1:16-CV-00327-TCB

| | |
|---|---|
| FASTCASE, INC., | |
| PLAINTIFF, | **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| LAWRITER, LLC d/b/a Casemaker, | |
| DEFENDANT. | |

1.) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publically held corporation that owns 10% or more of the stock of a party:

**RESPONSE:** **Plaintiff Fastcase, Inc. and Defendant Lawriter, LLC d/b/a Casemaker ("Defendant"). Defendant is not aware, upon information and belief, of the existence of any interest held in the Plaintiff by any parent corporation or publically held corporation, but cannot certify the same. No parent or publically held corporation or entity holds any ownership interest in Defendant.**

2.) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**RESPONSE: Defendant is not aware of any such persons or entities.**

3.) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**RESPONSE: Robert G. Brazier, Steven G. Hall and Joshua Tropper of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., as counsel for the Plaintiff; and Kurt M. Rozelsky and Joseph W. Rohe of Smith Moore Leatherwood, LLP, as counsel for the Defendant.**

[signature block on following page]

Respectfully submitted this the 9th day of March, 2016.

        SMITH MOORE LEATHERWOOD, LLP


        By: s/ Kurt M. Rozelsky
        Kurt M. Rozelsky (Bar No. 617932)
        Joseph W. Rohe (Bar No. 727154)
        2 West Washington Street, Suite 1100
        P.O. Box 87, Greenville, SC 29602
        Telephone: (864) 751-7600
        Facsimile: (864) 751-7800
        kurt.rozelsky@smithmoorelaw.com
        joseph.rohe@smithmoorelaw.com
        *Attorneys for Defendant*