# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## C.A. NO. 1:16-CV-00327-TCB

| | |
|---|---|
| FASTCASE, INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | **CONSENT MOTION TO** |
| vs. ) | **EXTEND TIME TO ANSWER** |
| ) | **OR OTHERWISE PLEAD** |
| LAWRITER, LLC d/b/a Casemaker, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

COMES NOW the Defendant LAWRITER, LLC d/b/a Casemaker ("Defendant") by and through its undersigned counsel and with the express consent of Plaintiff FASTCASE, INC. ("Plaintiff") and hereby moves pursuant to Fed. R. Civ. P. 6 and 7(b) for an Order granting Defendant a fourteen (14) day extension of time to answer or otherwise plead in response to Plaintiffs' Amended Complaint in the matter above-captioned. The grounds for this motion are as follows:

Plaintiff filed a Summons and Complaint in this matter on February 4, 2016 and on February 16, 2016 filed an Amended Complaint in accordance with Fed. R. Civ. P. 15(a). Defendant recently retained counsel and Plaintiff has consented to a fourteen (14) day extension of time to answer or otherwise plead in response to the

Amended Complaint so as to allow Defendant's counsel adequate time to investigate and respond to the allegations of Plaintiff's Amended Complaint.

Respectfully submitted,

SMITH MOORE LEATHERWOOD, LLP

By: s/ Joseph W. Rohe
Kurt M. Rozelsky (Bar No. 617932)
Joseph W. Rohe (Bar No. 727154)
2 West Washington Street, Suite 1100
P.O. Box 87, Greenville, SC 29602
Telephone: (864) 751-7600
Facsimile: (864) 751-7800
kurt.rozelsky@smithmoorelaw.com
joseph.rohe@smithmoorelaw.com
*Attorneys for Defendant*

March 9, 2016

WE HERBY CONSENT:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: s/ Joseph W. Rohe w/ express permission
Robert G. Brazier (Bar No. 078918)
Steven G. Hall (Bar No. 319308)
Joshua Tropper (Bar No. 716790)
Monarch Plaza, Suite 1600
3414 Peachtree Road NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
rbrazier@bakerdonelson.com
shall@bakerdonelson.com
jtropper@bakerdonelson.com
*Attorneys for Plaintiff*