IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FASTCASE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRITER, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:16-cv-0327-TCB |

### **ORDER**

Pending before the Court is the parties' consent motion to extend time for Defendant to respond to Plaintiff's complaint. For good cause shown, it is hereby ORDERED that the time within which Defendants may answer or otherwise respond to Plaintiff's complaint is hereby extended up to and including March 23, 2016.

**SO ORDERED** this 10th day of March, 2016.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE