THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FASTCASE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| v. | )   No 1:16-cv-0327 |
| | ) |
| LAWRITER LLC, | ) |
| dba CASEMAKER | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER GRANTING
## JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

Before the Court is Plaintiff Fastcase, Inc. ("Plaintiff") and Defendant Lawriter LLC's ("Defendant") Joint Motion to Extend Pre-Trial Deadlines (hereinafter "Motion to Extend"). For good cause shown, the Parties' Motion to Extend is **GRANTED**, and the following deadlines are hereby **EXTENDED** as follows:

1. Plaintiff's deadline to file any initial dispositive motion, if it wishes, is **May 12, 2016**; and

2. all pre-trial deadlines that would have otherwise run from the March 23, 2016 filing date of Defendant's Answer, including the deadlines to file the Parties' Joint Preliminary Planning and Discovery Report and

1

Initial Disclosures as well as the start of discovery, are **EXTENDED**:

    i.    until **30 days after the Court rules on Plaintiff's initial dispositive motion**, or

    ii.    in the alternative, if Plaintiff does not file its initial dispositive motion, by **May 12, 2016**,

without waiver of Plaintiff's right to file a dispositive motion within 30 days after the close of discovery, per the Court's local rules, if Plaintiff does not file, or the Court denies, Plaintiff's initial dispositive motion.

SO ORDERED this _____ day of April 2016.

_____
The Honorable Timothy Batten, Sr.
Judge, U.S. District Court
Northern District of Georgia,
Atlanta Division

Submitted by:

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Robert G. Brazier*
Robert G. Brazier (Georgia Bar No. 078918)
rbrazier@bakerdonelson.com
Steven G. Hall (Georgia Bar No. 319308)
shall@bakerdonelson.com
Joshua Tropper (Georgia Bar No. 716790)

jtropper@bakerdonelson.com
*Attorneys for Plaintiff Fastcase, Inc.*


**SMITH MOORE LEATHERWOOD, LLP**
/s/ _____
Kurt M. Rozelsky (Bar No. 617932)
Joseph W. Rohe (Bar No. 727154)
2 West Washington Street, Suite 1100
P.O. Box 87
Greenville, SC 29602
Telephone: (864) 751-7600
Facsimile: (864) 751-7800
kurt.rozelsky@smithmoorelaw.com
joseph.rohe@smithmoorelaw.com
*Attorneys for Defendant Lawriter LLC*