# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FASTCASE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case 1:16-cv-00327-TCB |
| v. ) | |
| ) | |
| LAWRITER LLC, dba CASEMAKER, ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT** |
| Defendant. ) | |
| _____ ) | |

Plaintiff Fastcase, Inc., moves for an order granting summary judgment on its complaint for declaratory judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the ground that there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law:

(1) declaring that Defendant does not and cannot have any copyright in the Georgia Regulations, or in the laws, rules, and regulations of any other State; and

(2) that Plaintiff does not and cannot infringe any exclusive contract rights held by Defendant in the Georgia Regulations, or in the laws, rules, and regulations of any other State.

This motion is based on the Memorandum of Law, separate Statement of Undisputed Facts and Declaration of Edward J. Walters, submitted herewith, on

the pleadings on file in this action, and on such other matter as the Court may properly consider.

Respectfully submitted this 12th day of May 2016.

                                       BAKER, DONELSON, BEARMAN,
                                       CALDWELL & BERKOWITZ, P.C.

                                       */s/ Robert G. Brazier*
                                       Robert G. Brazier (Georgia Bar No. 078918)
                                       rbrazier@bakerdonelson.com
                                       Steven G. Hall (Georgia Bar No. 319308)
                                       shall@bakerdonelson.com
                                       Joshua Tropper (Georgia Bar No. 716790)
                                       jtropper@bakerdonelson.com
                                       Monarch Plaza, Suite 1600
                                       3414 Peachtree Road N.E.
                                       Atlanta, GA 30326

                                       Telephone   (404) 577-6000
                                       Facsimile    (404) 221-6501

                                       Attorneys for Plaintiff Fastcase, Inc.

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been prepared with Times New Roman 14-point, which is one of the font and point selections approved by the court in LR 5.1B.

                                       */s/ Robert G. Brazier*
                                       Robert G. Brazier
                                       Georgia Bar No. 078918
                                       rbrazier@bakerdonelson.com

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FASTCASE, INC., ) </br> ) </br> Plaintiff, ) </br> ) Case 1:16-cv-00327-TCB </br> v. ) </br> ) </br> LAWRITER LLC, dba CASEMAKER, ) **MOTION FOR SUMMARY** </br> ) **JUDGMENT** </br> Defendant. ) </br> _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, I electronically filed **MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Kurt M. Rozelsky (Bar No. 617932)
> kurt.rozelsky@smithmoorelaw.com
> Joseph W. Rohe (Bar No. 727154)
> joseph.rohe@smithmoorelaw.com
> 2 West Washington Street, Suite 1100
> P.O. Box 87
> Greenville, SC 29602
> Telephone: (864) 751-7600
> Facsimile: (864) 751-7800

This 12th day of May, 2016.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Robert G. Brazier*
*Robert G. Brazier*
Georgia Bar No. 078918