**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| FASTCASE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 1:16-cv-00327-TCB |
| v. | ) | |
| | ) | **PROPOSED ORDER** |
| LAWRITER LLC, dba CASEMAKER, | ) | **GRANTING MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Fastcase, Inc., having duly moved for an order granting summary judgment on its complaint for declaratory judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Court having considered the arguments and evidence submitted by Plaintiff in support of its motion and the arguments and evidence of Defendant Lawriter LLC in opposition to the motion, and having heard the argments of counsel at a hearing on _____ , 2016, and good cause appearing therefor, the Court finds that Plaintiff has shown that there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law:

(1)    declaring that Defendant does not and cannot have any copyright in the Georgia Regulations, or in the laws, rules, and regulations of any other State; and

(2)    that Plaintiff does not and cannot infringe any exclusive contract rights held by Defendant in the Georgia Regulations, or in the laws, rules, and regulations of any other State.

**SO ORDERED** this _____ day of _____ 2016.


_____
Hon. Timothy C. Batten, Sr.
UNITED STATES DISTRICT JUDGE