IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

C.A. NO. 1:16-CV-00327-TCB

| | |
|---|---|
| FASTCASE, INC., ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> LAWRITER, LLC d/b/a Casemaker, ) <br> ) <br> DEFENDANT. ) <br> _____) | **DECLARATION OF SATISH SHETH** |

1. I, Satish Sheth, am over the age of twenty-one (21) and am competent to testify based on my personal knowledge to the matters set forth herein.

2. Lawriter, LLC is a Limited Liability Company organized and existing under the laws of the State of Ohio.

3. In Lawriter, LLC's Answer and Amended Answer it was inadvertently admitted that Lawriter, LLC was organized and existing under the laws of the State of Virginia as the allegation was that the principal place of business is in Virginia, which is correct, but Lawriter, LLC should have denied that it was organized and existing under the laws of Virginia. I have directed counsel to file a second amended pleading to correct this error.

4. Lawriter, LLC is a single member LLC, with the single member being SSN Holdings, LLC, a Limited Liability Company organized and existing under the laws of the State of Nevada.

5. SSN Holdings, LLC has two members: Satish Sheth and Paresh Sheth.

6. I am a citizen and resident of the State of California.

7. Paresh Sheth is a citizen and resident of the State of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Satish Sheth

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**　　　　　　　　　CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California　　　　　　　　　　　　　　)
County of Los Angeles　　　　　　　　　　　　)

On __11/21/2016__ before me, C. Stuart, Notary Public,
　　　Date　　　　　　　　　　　　　　　Here Insert Name and Title of the Officer
personally appeared __Satish B Sheth__
　　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　　　Signature of Notary Public

[Seal: C. STUART, Commission # 2070347, Notary Public - California, Los Angeles County, My Comm. Expires Jun 29, 2018]

Place Notary Seal Above

―――――――― OPTIONAL ――――――――

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Declaration__
Document Date: __NO DATE__　　　　Number of Pages: __2__
Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator
☒ Other: __Self__
Signer Is Representing: __Self__

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)　Item #5907